# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01364

JOT LABS, LLC,

        Plaintiff,

        v.

ONEBY COFFEE, INC.,

        Defendant.

## AFFIDAVIT OF CHARLES E. WEIR IN SUPPORT OF DEFENDANT ONEBY COFFEE, INC.'S MOTION TO DISMISS

I, Charles E. Weir, declare:

    1.    I am an attorney at law duly authorized to practice before this Court. I am a partner of the law firm Manatt, Phelps & Phillips, LLP, attorneys for Defendant Oneby Coffee, Inc. ("Defendant"). I have personal knowledge of the facts set forth herein, and, if called as a witness, I could testify competently thereto.

    2.    On June 8, 2021, I visited Plaintiff Jot Labs, LLC's ("Plaintiff") website at [www.jot.co](www.jot.co) and captured screenshots of its landing page. Attached hereto as Exhibit 1 is a true and correct copy of the landing page of Plaintiff's website, [www.jot.co](www.jot.co), as of June 8, 2021.

    3.    One June 8, 2021, I visited the website [https://web.archive.org/web/20210126012002/https://jot.co](https://web.archive.org/web/20210126012002/https://jot.co) which contains an archive of the Jot landing page as of January 26, 2021. Attached hereto as Exhibit 2 is a true and correct copy of the archived January 26, 2021 landing page of Plaintiff's website from [https://web.archive.org/web/20210126012002/https://jot.co](https://web.archive.org/web/20210126012002/https://jot.co).

4. On June 8, 2021, I visited Defendant's website at www.oneby.co and captured screenshots of its landing page. Attached hereto as Exhibit 3 is a true and correct copy of the landing page of Defendant's website, www.oneby.co, as of June 8, 2021.

5. On June 8, 2021, I visited the website https://web.archive.org/web/20210327202623/http://www.oneby.co which contains an archive of the OneBy landing page as of March 27, 2021. Attached hereto as Exhibit 4 is a true and correct copy of the archived March 27, 2021 landing page of OneBy's website from https://web.archive.org/web/20210327202623/http://www.oneby.co.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 15, 2021                                   Respectfully submitted,


                                                       /s/ Charles E. Weir
                                                       Charles E. Weir (Bar No. CA 211091)
                                                       MANATT, PHELPS & PHILLIPS, LLP
                                                       2049 Century Park East, Suite 1700
                                                       Los Angeles, CA 90067
                                                       Telephone: (310) 312-4000
                                                       Facsimile: (310) 312-4224
                                                       Email: cweir@manatt.com
                                                       *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO  80027
Telephone: (303) 665-9845
Facsimile: (303) 665-9847
Email: JJuo@thowardlaw.com

Sean M. Casey (Bar No. CA 179641)
(Application for Admission Pending)
BUCHALTER, A Professional Corporation
18400 Von Karman Ave., Suite 800
Irvine, CA 92612-0514
Tel.: (949) 224-6456
Fax: (949) 720-0182
SCasey@Buchalter.com

Thomas J. Speiss, III (Bar No. CA 200949)
(Application for Admission Pending)
BUCHALTER, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Cell: (310) 490-3373
Fax: (213) 630-5836
TSpeiss@Buchalter.com
*Counsel for Plaintiff*

Dated:  July 15, 2021
Los Angeles, California

          /s/ Charles E. Weir
          Charles E. Weir (Bar No. CA 211091)
          MANATT, PHELPS & PHILLIPS, LLP

4

          2049 Century Park East, Suite 1700
          Los Angeles, CA 90067
          Telephone: (310) 312-4000
          Facsimile:  (310) 312-4224
          Email: cweir@manatt.com
          *Counsel for Defendant*