# EXHIBIT 1

# For those who take their coffee easy

Shop Now

One tablespoon changes everything.



endless possibilities

The best of every coffee bean extracted into a liquid **20x more concentrated** than traditional coffee. We call it Ultra Coffee: **pure coffee** that transforms into anything you desire – espresso, americano, cappuccino, you name it – **in seconds**.

The Buzz

"A better-tasting, perfect cup delivered like nothing you've ever seen before."

FOOD&WINE    FAST COMPANY    Forbes

# Just one tablespoon



Start with perfection, see where it takes you.

Shop Ultra Coffee