# EXHIBIT 2

4000+ 5 Star Reviews | 100% Satisfaction Guaranteed | Try Risk Free

# Jot

How-To   Shop   Process

Quick Buy

# For those who take their coffee easy

Shop Now

*One tablespoon changes everything.*





*endless possibilities*








The best of every coffee bean extracted into a liquid **20x more concentrated** than traditional coffee. We call it Ultra Coffee: **pure coffee** that transforms into anything you desire – espresso, americano, cappuccino, you name it – **in seconds**.

# Just one tablespoon



Start with perfection, see where it takes you.

Shop Ultra Coffee