# EXHIBIT 3

OneBy
About
Reviews
Shop Now
Blog
ADVENTURE IN A BOTTLE
Exquisitely crafted coffee concentrate. Go anywhere, do anything. Small batch, big flavor, huge fun.
Shop Now
RADICALLY FAST
OneBy
COFFEE
MAKE 17 CUPS
SUPER CONCENTRATED

**Java Awesomeness**
Flavor and ease is spot on! Best hands down !!
Dennis H.
03/15/2021

**FINALLY!!!**
Been searching too long for the perfect flavor and jolt that I can prep and consume on the fly. Thank you thank you thank you!!
DONALD C.
03/15/2021

**great stuff!!**
I am a coffee lover....i add a shot of this to my cafe au last every cup!!! makes it so much more coffee.
Debra W.
03/15/2021

## Drink cafe quality coffee in seconds

Super-concentrated artisanal coffee crafted for adventure. Make coffee like a barista in seconds without the gear, headache, or cost. Dilute and enjoy.

### 1 tablespoon = 1 cup of coffee

Each tablespoon has 150 mg of caffeine. For reference, an average cup of coffee contains 75 mg. Prefer a cup with lower caffeine? Simply use 1/2 tbsp and stretch a bottle to 34 cups. With OneBy, the choice is yours.

Shop Now

RADICALLY FAST
OneBy
COFFEE
MAKE 17 CUPS
SUPER CONCENTRATED

### Satisfying & Smooth

OneBy is everything that makes great coffee—gentle sweetness, low acidity, full body, reliable caffeine—and blends it with convenience, affordability, and dependability.

### Flexible & Easy

Make the same great cup of coffee every time without thinking about it. No more worrying about ratios, water temperature, or bean freshness. Just add to your favorite liquid and enjoy. Ready in seconds.

### At Home & On The Go

OneBy is pure flavor in a tiny package so you can take it anywhere and use it to make you favorite coffee drinks. From kitchen to canyon, OneBy is made for your lifestyle.

Chocolatey, Fruity, Nutty Goodness
Our flagship roast is smooth, nutty, and full-bodied with notes of chocolate and fruit.
Shop Now

### Best of the best

Great coffee makes for great living. It reminds us to enjoy the little things, to look up and look out, to be present, to take action, to be a better version of ourselves. With OneBy, the coffee is taken care of. The rest is up to you.

24X MORE CONCENTRATED
RICH CHOCOLATE
SINGLE ORIGIN PERUVIAN
SWEET FRUIT
150 MG CAFFEINE
17 CUPS OF COFFEE PER BOTTLE

## Possibility in every pour

We recommend starting in your kitchen with 8 ounces of either hot or cold water or milk. From there, sky's the limit.

1 tbsp OneBy
8 oz cold water
ice
Ice Coffee
1 tbsp OneBy
8 oz steamed milk
Latte
1 tbsp OneBy
1 tbsp chocolate
6 oz steamed milk
2 oz foam
Mocha
1 tbsp OneBy
1 scoop ice cream
Affogato
1 tbsp OneBy
8 oz hot water
Americano
1 tbsp OneBy
3 oz hot water
5 oz whipped cream
Vienna Coffee

### Join Our Newsletter

50% coffee shrine + 50% adventure guide = 100% OneBy.

Enter your email

Subscribe

Contact About Reviews F.A.Q Refund Policy Terms of Service Privacy Policy

© 2021 OneBy Coffee