# EXHIBIT 4



## Drink cafe quality coffee in seconds

Super-concentrated artisanal coffee crafted for adventure. Make coffee like a barista in seconds without the gear, headache, or cost. Dilute and enjoy.

### 1 tablespoon = 1 cup of coffee

Life is too short for bad coffee but good coffee often takes a long time to make. Not anymore. Thanks to our single origin Peruvian beans and signature slow brew process, OneBy combines the speed of instant coffee with the flavors of craft.

Shop Now



### Satisfying & Smooth
OneBy is everything that makes great coffee—gentle sweetness, low acidity, full body, reliable caffeine—and blends it with convenience, affordability, and dependability.

### Flexible & Easy
Make the same great cup of coffee every time without thinking about it. No more worrying about ratios, water temperature, or bean freshness. Just add to your favorite liquid and enjoy. Ready in seconds.

### At Home & On The Go
OneBy is pure flavor in a tiny package so you can take it anywhere and use it to make you favorite coffee drinks. From kitchen to canyon, OneBy is made for your lifestyle.

### Chocolatey, Fruity, Nutty Goodness
Our flagship roast is smooth and full-bodied with notes of chocolate and soft fruit. Drink responsibly.

### Best of the best

Great coffee makes for great living. It reminds us to enjoy the little things, to look up and look out, to be present, to take action, to be a better version of ourselves. With OneBy, the coffee is taken care of. The rest is up to you.

### Possibility in every pour

We recommend starting in your kitchen with 8 ounces of either hot or cold water or milk. From there, sky's the limit.



| | | | |
|---|---|---|---|
| One Bottle<br>Enough for one | | 17 cups | $19.99<br>(Subscribe & save $3.00) → |
| Free Shipping | | | |
| Two Bottles<br>Great for couples | | 34 cups | $39.98<br>(Subscribe & save $6.00) → |
| Free Shipping + 10% Off | | | |
| Three Bottles<br>Perfect for families | | 51 cups | $53.97<br>$59.97<br>(Subscribe & save $8.10) → |

## Join Our Newsletter

50% coffee shrine + 50% adventure guide = 100% OneBy.

Enter your email    Subscribe



Contact   About   Reviews   F.A.Q   Refund Policy   Terms of Service   Privacy Policy

© 2021 OneBy Coffee.

