**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01364-RM-MEH

JOT LABS, LLC,

        Plaintiff,

v.

ONEBY COFFEE, INC.

        Defendant.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Jot Labs, LLC ("Jot") and Defendant Oneby Coffee, Inc., ("OneBy") through their undersigned counsel, jointly move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for entry of the Stipulated Protective Order tendered herewith and state as follows.

During the course of this litigation, it is expected that the parties will seek from each other proprietary confidential information that is not publicly known and which the producing party would not normally reveal to third parties or, if disclosed, would require such third parties to maintain in confidence including, for example, trade secrets, confidential and proprietary research and development information, competitive information, financial information, or business relationship information. In order to protect the confidentiality of such information, as appropriate, and to facilitate the prosecution of this case, the parties have agreed to the terms of the Stipulated Protective Order submitted herewith.

2

Nothing in this stipulation is intended by OneBy to: (1) waive or adversely impact any of its positions raised in its pending motion to stay all discovery [ECF 27]; or (2) be a concession that any discovery should go forward at this time.

WHEREFORE, both parties request that the Court enter the proposed Stipulated Protective Order tendered with this Motion.

Respectfully Submitted,

| | |
|---|---|
| *s/ James Juo* | *s/ Charles E. Weir* |
| James Juo | Charles E. Weir |
| THOMAS P. HOWARD, LLC | MANATT, PHELPS & PHILLIPS, LLP |
| 842 W. South Boulder Rd., Suite 100 | 2049 Century Park East, Suite 1700 |
| Louisville, CO 80027 | Los Angeles, CA 90067 |
| 303-665-9845 | Telephone: (310) 312-4000 |
| Email: jjuo@thowardlaw.com | Email: Cweir@Manatt.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |