IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01364-RM-MEH

JOT LABS INC.,

    Plaintiff,

v.

ONEBY COFFEE, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2021.**

    Plaintiff's Unopposed Motion to Amend Caption [filed November 8, 2021; ECF 44] is **granted**.

    The Clerk of Court shall amend the case caption by changing Plaintiff's name from "Jot Labs, LLC" to "Jot Labs Inc."